**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| STEELE ACQUISITIONS LLC, | ) | 3:16-cv-00027-HDM-WGC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| NORTHERN NEVADA BUILDING & CONSTRUCTION TRADES COUNCIL DEVELOPMENT CORPORATION, | ) | |
| Defendant. | ) | |

On February 12, 2016, the defendant filed a motion for more definite statement (#6). On February 19, 2016, the plaintiff filed an amended complaint (#8). Accordingly, the defendant's motion for a more definite statement (#6) is **DENIED AS MOOT**.

IT IS SO ORDERED.

DATED: This 24th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE